UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60061-LEIBOWITZ

UNITED STATES OF AMERICA

    Plaintiff,
v.

KELVIN OWUSU NKWANTABISA,
a.k.a., KEVIN BROWN

    Defendant.
_____/

## DEFENDANT'S EXHIBIT LIST

    The Defendant, KELVIN NKWANTABISA, a.k.a. KEVIN BROWN, through undersigned counsel, respectfully submits the following list of exhibits as it relates to the evidentiary hearing in the above-styled action.

    The Defendant requests leave to add exhibits as they may become necessary during the evidentiary hearing in this matter.

    Respectfully submitted,

Paul D. Petruzzi, Esq.
**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:   (305) 373-3832
E-mail: petruzzi-law@msn.com

By:   /s/ Paul D. Petruzzi
       **PAUL D. PETRUZZI, ESQ.**
       Florida Bar No. 982059

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2025, a true and correct copy of the foregoing was furnished to the Assistant United States Attorney assigned to this matter via e-mail.

          By:    <u>/s/ Paul D. Petruzzi</u>
                  **PAUL D. PETRUZZI, ESQ.**
                  Attorney for Defendant

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**, 8101 BISCAYNE BLVD., PENTHOUSE 701, MIAMI, FL 33138 ● (305) 373-6773; FACSIMILE: (305) 373-3832

| Presiding Judge: The Honorable David S. Leibowitz | | | | | AUSA: Quinshawna Landon | Defendants' Attorneys: Paul Petruzzi Nora Lewis |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Lance Steinbeisser | Courtroom Deputy: Tamisha Shotwell |
| **EXHIBITS:** | | | | | | |
| | 1. | | | | HSI-Report of Investigation Search Warrants and Court Orders for GPS Locations | |
| | 2. | | | | HSI-Report of Investigation Arrest of Kelvin Nkwantabisa on May 22, 2024 | |
| | 3. | | | | HSI-Report of Investigation Statements made by L.H. on May 22, 2024 | |
| | 4. | | | | (12) Twelve photographs of the contents of L.H.'s vehicle | |
| | 5. | | | | Custody Receipt for Seized Property and Evidence (1 iPhone with Blue Case belonging to Leshea Moore) | |
| | 6. | | | | Apple iCloud search warrant return on mr_kevn@icloud.com (account details) | |
| | 7. | | | | Apple iCloud search warrant return on Fr33dagoat@gmail.com (account details) | |
| | 8. | | | | Apple iCloud search warrant return on Jamajie93@icloud.com (account details) | |
| | 9. | | | | Apple iCloud search warrant return on Appreciategod4eva@icloud.com (account details) | |
| | 10. | | | | AT&T Subscriber Information Phone Number 470-927-8033 | |
| | 11. | | | | (1) One Photograph and metadata from iCloud account Fr33dagoat@gmail.com | |

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**, 8101 BISCAYNE BLVD., PENTHOUSE 701, MIAMI, FL 33138 ● (305) 373-6773; FACSIMILE: (305) 373-3832

| Presiding Judge: The Honorable David S. Leibowitz | | | | | AUSA: Quinshawna Landon | Defendants' Attorneys: Paul Petruzzi Nora Lewis |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Lance Steinbeisser | Courtroom Deputy: Tamisha Shotwell |
| **EXHIBITS:** | | | | | | |
| | 12. | | | | Apple iCloud search warrant return on Fr33dagoat@gmail.com (Game Center Account) | |
| | 13. | | | | (1) One Screenshot from Justice Amoh's phone | |
| | 14. | | | | (3) Three Screenshots from Justice Amoh's phone | |
| | 15. | | | | HSI Report of Investigation Interview of Justice Amoh on March 4, 2025 | |
| | 16. | | | | (1) One Screenshot from Justice Amoh's phone | |
| | 17. | | | | Verizon Wireless Subscriber Information on phone number 213-220-9894 | |
| | 18. | | | | (1) Screenshot of Leshea Moore'phone | |

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**, 8101 BISCAYNE BLVD., PENTHOUSE 701, MIAMI, FL 33138 ● (305) 373-6773; FACSIMILE: (305) 373-3832